UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JEANINE KOCON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:06-CV-13-PRC |
| | ) | |
| LAKE COUNTY SHERIFF'S | ) | |
| DEPARTMENT and LAKE | ) | |
| COUNTY COMMISSIONERS, | ) | |
|     Defendants. | ) | |

**OPINION AND ORDER**

This matter is before the Court sua sponte.  On June 29, 2007, the Court issued an order granting Defendant Lake County Commissioners' Motion for Summary Judgment in its entirety, and granting Defendant Lake County Sheriff's Department's Motion for Summary Judgment in its entirety, with the exception of Plaintiff Jeanine Kocon's state law claim for false imprisonment. Pursuant to United States Court of Appeals, Seventh Circuit precedent, "it is the well-established law of this circuit that the usual practice is to dismiss without prejudice state supplemental claims whenever all federal claims have been dismissed prior to trial."  *East-Miller v. Lake County Highway Dept.*, 421 F.3d 558, 564-65 (7th Cir. 2005) (quoting *Groce v. Eli Lilly & Co.*, 193 F.3d 496, 501 (7th Cir. 1999)).  Thus, because the Court dismissed all of the Plaintiff's federal claims at the summary judgment stage, the Court now **DISMISSES WITHOUT PREJUDICE** the Plaintiff's claim for false imprisonment against Defendant Lake County Sheriff's Department, to be refiled in state court.  The Court **VACATES** all pretrial and trial settings.

    SO ORDERED this 12th day of July, 2007.

                                      s/ Paul R. Cherry
                                      MAGISTRATE JUDGE PAUL R. CHERRY
                                      UNITED STATES DISTRICT COURT

cc:    All counsel of record